1  ARNOLDO CASILLAS, ESQ., SBN 158519
   MORENO, BECERRA, & CASILLAS
2  A Professional Law Corporation
   3500 West Beverly Boulevard
3  Montebello, CA 90640-1541
   PH:  (323) 725-0917
4  FAX: (323) 725-0350

5  Attorneys for:  Plaintiff
   ANITA AMARAL
6

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 ANITA AMARAL,                ) CASE NO.: 2:07-cv-0143-MCE-KJM
                                )
12          Plaintiffs,         ) Superior Court Case No.
       v.                       ) CV-030691
13                              )
   JLG INDUSTRIES, INC.; TRAK   ) ORDER GRANTING COUNSEL'S
14 INTERNATIONAL, INC.; TEXTRON ) REQUEST TO APPEAR
   INC.; OMNIQUIP; SKYTRAK; and ) TELEPHONICALLY
15 SUNSTATE EQUIPMENT CO., LLC; )
   and DOES 1 through 100,      )
16 inclusive,                   )
                                )
17          Defendants.         )
   _____)
18

19     NO GOOD CAUSE HAVING BEEN SHOWN, the Court DENIES counsel

20 Arnoldo Casillas' request to appear telephonically at the hearing

21 on the Motion to Remand scheduled to be heard in Courtroom 3 on

22 March 19, 2007, at 9:00 a.m.

23
    Dated:  March 8, 2007
24
                                     _____
25                                   MORRISON C. ENGLAND, JR.
                                     UNITED STATES DISTRICT JUDGE
26

27

28

                                    1