**LEWIS BRISBOIS BISGAARD & SMITH LLP**
Bruce L. Shaffer, SBN 062730
  E-mail: shaffer@lbbslaw.com
W. Jason Scott, SBN 222204
  E-mail: jscott@lbbslaw.com
2500 Venture Oaks Way, Suite 200
Sacramento, California 95833
Telephone: (916) 564-5400
Facsimile: (916) 564-5444

Attorneys for Defendant
SUNSTATE EQUIPMENT CO., LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANITA AMARAL,<br><br>            Plaintiff(s),<br><br>    vs.<br><br>JLG INDUSTRIES, INC.; TRAK INTERNATIONAL, INC.; TEXTRON, INC.; OMNIQUIP; SKYTRAK; AND SUNSTATE EQUIPMENT CO., LLC, AND DOES 1 THROUGH 100,<br><br>            Defendant(s). | Case No.: 2:07-CV-00143-MCE-KJM<br><br>Superior Court Case No. CV-030691<br><br>**ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE** |

Based on the Stipulation of the parties to dismiss the entire action herein, IT IS HEREBY ORDERED as follows:

The case filed on behalf of Plaintiff Anita Amaral is hereby dismissed as to all named Defendants and all Doe Defendants, with prejudice.

Dated: September 24, 2007

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE